U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

PATRICK PATTERSON CUSTOM HOMES, INC., et al.

v.

KATHLEEN M. BACH

Case Number:

**07CV7204**
**JUDGE MAROVICH**
**MAG. JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Patrick Patterson Custom Homes, Inc., Patrick Patterson Development, Inc., Patrick H. Patterson and Alicia Patterson

| | |
|---|---|
| NAME (Type or print) Daniel P. Hogan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Daniel P. Hogan | |
| FIRM McCabe & Hogan, P.C. | **FILED** DEC 21 2007 DEC 2 1 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT |
| STREET ADDRESS 19 South Bothwell Street, Suite 200 | |
| CITY/STATE/ZIP Palatine, IL 60067 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6182808 | TELEPHONE NUMBER 847-359-6100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |