UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON CUSTOM HOMES, INC., PATRICK PATTERSON DEVELOPMENT, INC., PATRICK H. PATTERSON and ALICIA PATTERSON,<br><br>    Plaintiffs<br><br>    v.<br><br>KATHLEEN M. BACH,<br><br>    Defendant | Case No. 07 C 7204<br><br>Judge Marovich<br><br>Magistrate Judge Denlow |

### NOTICE OF FILING

TO:  Kathleen M. Bach
     155 Sunnyside
     Crystal Lake, IL 60014
     Telephone: 815-356-7535

**PLEASE TAKE NOTICE** that on the 15th day of January 2008, filed the attached **Affidavit of Special Process Server** with the Clerk of the Court for the Northern District of Illinois, Eastern Division, for Plaintiffs, Patrick Patterson Custom Homes, Inc., Patrick Patterson Development, Inc., Patrick H. Patterson and Alicia Patterson, copies of which are attached hereto and served upon you.

By: /s Daniel P. Hogan
Daniel P. Hogan, Esq.
Attorney for Plaintiffs

### Proof of Service

I, Daniel P. Hogan, an attorney, certify that I caused to be served to the above named individual, **Plaintiffs' Notice of Filing and attached Affidavit of Special Process Server** via United States mail before the hour of 5:00 p.m. on January 15, 2008, and that this statement as set forth is true and correct.

/s Daniel P. Hogan
Daniel P. Hogan, Esq.

Daniel P. Hogan, Esq.
McCabe & Hogan, P.C.
19 South Bothwell, Ste. 200
Palatine, IL 60067
(847) 359-6100
Attorney No. 6182808

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 07C7204
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Daniel Dziedzic**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
( X ) Other: **Civil Cover Sheet**

1. ( X ) By leaving a copy with the named party, **Kathleen M. Bach** personally on **December 22, 2007**.

----

2. (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

----

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

----

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**          RACE: **Caucasian**          APPROXIMATE AGE: **37**

----

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **155 Sunnyside, Crystal Lake, IL**
TIME OF DAY: **2:59 PM**

----

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **26**th day of **December 2007**.

Daniel Dziedzic
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11