IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON CUSTOM HOMES, INC., et al. | ) ) ) |
| Plaintiff, | ) Case No. 07 C 7204 ) |
| v. | ) Judge George M. Marovich ) |
| KATHLEEN M. BACH | ) Magistrate Judge Denlow ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

NOW COMES the Defendant, KATHLEEN M. BACH, by and through her attorneys, MATUSZEWICH, KELLY & MCKEEVER, LLP, and as and for her Motion for An Extension of Time to Respond to Complaint pursuant to Federal Rule of Civil Procedure 6(b), states the following:

1) Kathleen Bach was unable to retain counsel until January 14, 2008.

2) Appearances were filed by James P. Kelly, Maura K. McKeever and Maryann M. Bullion of the law firm Matuszewich, Kelly, and McKeever, LLP, the week of January 14, 2008.

3) As counsel was retained the week of January 14, 2008, counsel requires additional time to respond to the Complaint filed December 21, 2007.

4) Counsel requests an additional 30 days to respond to the Complaint.

5) On January 18, 2008, Maryann M. Bullion from Matuszewich, Kelly, and McKeever, LLP, spoke with Kenneth Baron from McCabe & Hogan, P.C.

Mr. Baron indicated the firm McCabe & Hogan, P.C. would not object to this motion.

WHEREFORE Defendant KATHLEEN M. BACH respectfully requests that this Court grant her Motion for An Extension of Time to Respond to the Complaint and grant Defendant until February 17, 2008 to file a response.

> Respectfully Submitted,
>
> By: /s/Maura K. McKeever
> One of Her Attorneys

James P. Kelly
Maura K. McKeever
Maryann M. Bullion
MATUSZEWICH, KELLY & McKEEVER, LLP
453 Coventry Lane, Suite 104
Crystal Lake, Illinois 60014
(815) 459-3120 Telephone
(815) 459-3123 Facsimile