IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON<br>CUSTOM HOMES, INC., et al.<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN M. BACH<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Case No. 07 C 7204<br>)<br>)  Judge George M. Marovich<br>)<br>)  Magistrate Judge Denlow<br>)<br>)<br>) |

## NOTICE OF MOTION

<u>VIA FACSIMILE (847) 359-6105 & U. S. MAIL</u>
TO:   Mr. Daniel Hogan
      McCabe & Hogan, P. C.
      19 South Bothwell, Suite 200
      Palatine, Illinois 60067

Notice is hereby given that a hearing in said cause will be held before the Honorable George M. Marovich at the Dirksen Federal Building, 219 South Dearborn Street, Room 1944-C, Chicago, Illinois, 60604, on **January 29, 2008, at 10:30 a.m.**, to consider and act upon the following matters:

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT, a copy of which is attached.**

The original filed electronically on January 18, 2008.

Dated: January 18, 2008

                                          KATHLEEN M. BACH, Defendant
                                          By:    /s/Maura K. McKeever
                                                 One of Her Attorneys

Maura K. McKeever
James P. Kelly
MATUSZEWICH, KELLY & MCKEEVER
453 Coventry Lane, Suite 104
Crystal Lake, Illinois 60014
(815) 459-3120 Telephone
(815) 459-3123 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON<br>CUSTOM HOMES, INC., et al.<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN M. BACH<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No. 07 C 7204<br>)<br>)  Judge George M. Marovich<br>)<br>)  Magistrate Judge Denlow<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

TO:    Mr. Daniel Hogan
         McCabe & Hogan, P. C.
         19 South Bothwell, Suite 200
         Palatine, Illinois 60067

I, Mary Ann Erikson, a non-attorney, certify that I served a Notice of Motion and Defendant's Motion for an Extension of Time to Respond to Complaint, by facsimile upon the party named above, to the address indicated, and also by depositing the same in the U.S. Mail at Crystal Lake, Illinois on Friday, January 18, 2008, by 5:00 p.m., with proper postage prepaid.

                                                                                 Mary Ann Erikson

Maura K. McKeever
James P. Kelly
MATUSZEWICH, KELLY & MCKEEVER, LLP
453 Coventry Lane, Suite 104
Crystal Lake, Illinois 60014
(815) 459-3120 Telephone
(815) 459-3123 Facsimile