MHW

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

PATRICK PATTERSON CUSTOM HOMES, INC., et al.

v.

KATHLEEN M. BACH

Case Number: 07 C 7204

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kathleen M. Bach, Defendant

FILED
1-18-2008
JAN 1 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **NAME** (Type or print) <br> James P. Kelly | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ *James P. Kelly* | |
| **FIRM** <br> Matuszewich, Kelly & McKeever, LLP | |
| **STREET ADDRESS** <br> 453 Coventry Lane, Suite 104 | |
| **CITY/STATE/ZIP** <br> Crystal Lake, Illinois 60014 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6208284 | **TELEPHONE NUMBER** <br> (815) 459-3120 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |