IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON<br>CUSTOME HOMES, INC., et al.<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN M. BACH<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 07 C 7204<br>)<br>)  Judge George M. Marovich<br>)<br>)  Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:  Mr. Daniel Hogan
McCabe & Hogan, P. C.
19 South Bothwell, Suite 200
Palatine, Illinois 60067

Notice is hereby given that a hearing in said cause will be held before the Honorable George M. Marovich, at the Dirksen Federal Building, 219 South Dearborn Street, Room 1944-C, Chicago, Illinois, 60604, on **March 4, 2008, at 10:30 a.m.**, to consider and act upon the following matters:

**DEFENDANT'S MOTION TO DISMISS**, a copy of which is attached.

The original filed electronically on February 18, 2008.

Dated:  February 18, 2008

                                    KATHLEEN M. BACH, Defendant

                                    By:  /s/Maryann M. Bullion
                                                One of Her Attorneys

Maryann M. Bullion
James P. Kelly
MATUSZEWICH, KELLY & MCKEEVER
453 Coventry Lane, Suite 104
Crystal Lake, Illinois  60014
(815) 459-3120 Telephone
(815) 459-3123 Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON<br>CUSTOME HOMES, INC., et al.<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN M. BACH<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 07 C 7204<br><br>Judge George M. Marovich<br><br>Magistrate Judge Denlow |

## CERTIFICATE OF SERVICE

TO:   Mr. Daniel Hogan
      McCabe & Hogan, P. C.
      19 South Bothwell, Suite 200
      Palatine, Illinois 60067

I, Mary Ann Erikson, a non-attorney, certify that I served a Notice of Motion and Defendant's Motion to Dismiss, upon the party named above, to the address indicated, by depositing the same in the U.S. Mail at Crystal Lake, Illinois on Monday, February 18, 2008, by 5:00 p.m., with proper postage prepaid.

_____
Mary Ann Erikson

Maryann M. Bullion
James P. Kelly
MATUSZEWICH, KELLY & MCKEEVER, LLP
453 Coventry Lane, Suite 104
Crystal Lake, Illinois 60014
(815) 459-3120 Telephone
(815) 459-3123 Facsimile