UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON CUSTOM HOMES, INC., PATRICK PATTERSON DEVELOPMENT, INC., PATRICK H. PATTERSON and ALICIA PATTERSON, <br><br> Plaintiffs <br><br> v. <br><br> KATHLEEN M. BACH, <br><br> Defendant | ) ) ) ) ) ) ) ) ) Case No. 07 C 7204 ) ) Judge George M. Marovich ) ) Magistrate Judge Denlow |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 8, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge George M. Marovich, or any judge sitting in his stead, in Courtroom Number 1944-C, located in the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and present Plaintiffs' **MOTION TO FILE RESPONSE TO MOTION TO DISMISS *INSTANTER***, a copy of which was previously served upon Plaintiff's counsel.

/s Daniel P. Hogan

Daniel P. Hogan
Attorney No. 6182808
McCabe & Hogan, P.C.
19 S. Bothwell Street, Suite 200
Palatine, IL 60067
Telephone:　847-359-6100
Facsimile:　847-359-6105
E-mail:　　dhogan@mccabehogan.com

## CERTIFICATE OF SERVICE

I, Daniel P. Hogan, an attorney, certify that service of Defendant's Notice of Motion on Defendant's counsel was accomplished pursuant to ECF.

s/ Daniel P. Hogan
Daniel P. Hogan