**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Patrick Patterson Custom Homes, Inc., et al.
                                               Plaintiff,

v.                                             Case No.: 1:07−cv−07204
                                               Honorable George M. Marovich

Kathleen M. Bach
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 4, 2008:

    MINUTE entry before Judge Honorable George M. Marovich:Motion hearing set for 4/8/2008 is stricken. Plaintiffs' motion to file response to motion to dismiss instanter [16] is granted; defendant's reply is extended to 4/21/2008. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.