IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON CUSTOM HOMES, INC., et al. ) ) ) Plaintiff, ) ) v. ) ) KATHLEEN M. BACH ) ) Defendant. ) | Case No. 07 C 7204 Judge George M. Marovich Magistrate Judge Denlow |

## NOTICE OF FILING

TO:  Mr. Daniel Hogan
McCabe & Hogan, P. C.
19 South Bothwell, Suite 200
Palatine, Illinois 60067

Notice is hereby given that the attached Reply to Plaintiffs' Response to Defendant's Motion to Dismiss, was electronically filed with the Dirksen Federal Court, 219 South Dearborn Street, Chicago, Illinois 60604, on the 21st day of April, 2008, and are true and correct to the best of our knowledge.

**REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS, a copy of which is attached.**

The original filed electronically on April 21, 2008.

Dated:  April 21, 2008

                    KATHLEEN M. BACH, Defendant

            By:   /s/Maryann M. Bullion
                  One of Her Attorneys

Maryann M. Bullion
James P. Kelly
MATUSZEWICH, KELLY & MCKEEVER
453 Coventry Lane, Suite 104
Crystal Lake, Illinois 60014
(815) 459-3120 Telephone
(815) 459-3123 Facsimile