IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON CUSTOME HOMES, INC., et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 7204 |
| ) | |
| KATHLEEN M. BACH ) | Judge George M. Marovich |
| ) | |
| Defendant. ) | Magistrate Judge Denlow |

### CERTIFICATE OF SERVICE

TO:  Mr. Daniel Hogan
McCabe & Hogan, P. C.
19 South Bothwell, Suite 200
Palatine, Illinois 60067
Fax: (847) 359-6105

I, Mallory Miller, a non-attorney, certify that I served a Notice of Motion and Defendant's Motion for an Extension of Time to Respond to Amended Complaint, upon the party named above, to the number indicated, by faxing the same on Thursday, July 24, 2008, by 5:00 p.m. and by submitting the same for electronic filing.

_____
Mallory Miller

Maryann M. Bullion
James P. Kelly
MATUSZEWICH, KELLY & MCKEEVER, LLP
453 Coventry Lane, Suite 104
Crystal Lake, Illinois 60014
(815) 459-3120 Telephone
(815) 459-3123 Facsimile