IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON CUSTOME HOMES, INC., et al. ) ) ) Plaintiff, ) ) v. ) ) KATHLEEN M. BACH ) ) Defendant. ) | Case No. 07 C 7204<br><br>Judge George M. Marovich<br><br>Magistrate Judge Denlow |

## NOTICE OF MOTION

TO:  Mr. Daniel Hogan
McCabe & Hogan, P. C.
19 South Bothwell, Suite 200
Palatine, Illinois 60067

Notice is hereby given that a hearing in said cause will be held before the Honorable George M. Marovich, at the Dirksen Federal Building, 219 South Dearborn Street, Room 1944-C, Chicago, Illinois, 60604, on **July 29, 2008, at 10:30 am,** to consider and act upon the following matters:

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT, a copy of which is attached.**

The original was filed electronically on July 24, 2008.

Dated:  July 24, 2008

            KATHLEEN M. BACH, Defendant

           By:   /s/Maryann M. Bullion
                 One of Her Attorneys

Maryann M. Bullion
James P. Kelly
MATUSZEWICH, KELLY & MCKEEVER
453 Coventry Lane, Suite 104
Crystal Lake, Illinois  60014
(815) 459-3120 Telephone
(815) 459-3123 Facsimile