IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PATTERSON CUSTOM HOMES, INC., et al. | ) ) ) |
| Plaintiff, | ) Case No. 07 C 7204 ) |
| v. | ) Judge George M. Marovich ) |
| KATHLEEN M. BACH | ) Magistrate Judge Denlow ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

NOW COMES the Defendant, KATHLEEN M. BACH, by and through her attorneys, MATUSZEWICH, KELLY & MCKEEVER, LLP, and as and for her Motion for An Extension of Time to Respond to AMENDED Complaint pursuant to Federal Rule of Civil Procedure 6(b), states the following:

1) The Amended Complaint was served on July 14, 2008.

2) A response to the Amended Complaint is due on August 3, 2008.

3) One of Defendant Kathleen Bach's family members passed away and she will be unable to respond to the Amended Complaint in a timely fashion.

4) Kathleen Bach requires an additional 30 days, until September 3, 2008, to respond to the Amended Complaint.

5) On July 24, 2008, Maryann M. Bullion from Matuszewich, Kelly, and McKeever, LLP, spoke with Daniel Hogan from McCabe & Hogan, P.C.

Mr. Hogan indicated the Plaintiffs would not object to Kathleen Bach's Motion for an Extension of Time.

6) An extension of time will not prejudice the Plaintiffs and this request is not intended to delay the proceedings.

WHEREFORE, the Defendant, KATHLEEN M. BACH, respectfully requests that this Court grant her Motion for An Extension of Time to Respond to the Amended Complaint and grant her until September 3, 2008 to file a response.

Respectfully Submitted,

By: /s/Maryann M. Bullion
One of Her Attorneys

James P. Kelly
Maura K. McKeever
Maryann M. Bullion
MATUSZEWICH, KELLY & McKEEVER, LLP
453 Coventry Lane, Suite 104
Crystal Lake, Illinois 60014
(815) 459-3120 Telephone
(815) 459-3123 Facsimile